UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAHUL D. MANCHADA,

                                Appellant,

     v.

DOUGLAS M. SENDEROFF,

                                Appellee.

No. 24-CV-7284 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

On September 26, 2024, Appellant Rahul D. Manchada ("Manchada" or "Appellant"), filed an appeal from a Bankruptcy Court order by Judge Sean Lane (the "Appeal"). (*See* Dkt. No. 1.) Under Federal Rule of Bankruptcy Procedure ("Rule") 8009, an appellant is required to file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented." *See* Fed. R. Bankr. P. 8009(a)(1)(A). The record must include: "docket entries kept by the bankruptcy clerk; items designated by the parties; notice of appeal; the judgment, order or decree being appealed; any order granting leave to appeal; any certification required for direct appeal to the court of appeals; any opinion, findings of fact, and conclusions of law relating to the issues on appeal, including transcripts of all oral rulings; any transcript ordered under subdivision [8009](b); any statement required by subdivision [8009](c); and any additional items from the record that the court where the appeal is pending orders." *See id*. 8009(a)(4). Appellant failed to provide such a record and failed to provide a designation of items to be included in the record. (*See* Dkt. No. 1.) A failure to comply with Rule 8009 may result in dismissal of the Appeal. *See In re Bauman*, No. 24-CV-1564, 2025 WL 580392, at *1

(S.D. Cal. Feb. 21, 2025) ("An appellant's failure to comply with [Rule 8009's] requirements can be grounds for the district court to dismiss the appeal").  For the following reasons, it is:

ORDERED that Appellant provide the required documentation within two weeks. Failure to comply with this order will result in dismissal.  No extensions will be granted.

SO ORDERED.

Dated: April 22, 2025
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge