UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RAHUL DEV MANCHANDA<br><br>*Debtor.* | Case No. 23-22095,<br>Adv. Pro. No. 23-7008 |
| RAHUL DEV MANCHANDA,<br><br>*Appellant*,<br><br>v.<br><br>DOUGLAS M. SENDEROFF, *et al.*<br><br>*Appellee.* | No. 24-CV-7284 (KMK)<br><br><u>ORDER</u> |

KENNETH M. KARAS, United States District Judge:

On September 26, 2024, Appellant Rahul D. Manchanda ("Manchanda" or "Appellant"), filed an appeal from a Bankruptcy Court order by Judge Sean Lane (the "Appeal"). (*See* Dkt. No. 1.) Federal Rule of Bankruptcy Procedure ("Rule") 8009 requires Appellant to file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented," *see* Fed. R. Bankr. P. 8009(a)(1)(A), "must file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented[ ] ... within [fourteen] days after: (i) the appellant's notice of appeal as of right becomes effective under Rule 8002," *In re Koch*, No. 24-CV-2838, 2024 WL 3471313, at *2 (S.D.N.Y. July 19, 2024) (quoting Fed. R. Bankr. P. 8009(a)(1)). Appellant failed to file any such designation or statement within the fourteen-day time limit. (*See generally* Dkt.) Nevertheless, on April 22, 2025, the Court granted Appellant two weeks to file a

compliant Rule 8009 statement. (*See* Dkt. No. 2.) On April 30, 2025, Appellant filed a Rule 8009 designation and statement. (*See* Dkt. No. 3.) On June 6, 2025, the Clerk of Court alerted Appellant that his document was deficient. (*See* Dkt. Entry June 6, 2025.) Since then, Appellant has failed to take any steps to rectify this issue. (*See generally* Dkt.) Accordingly, it is:

ORDERED that Appellant provide documentation in compliance with both Rule 8009 and the Clerk of Court's requirements by no later than July 16, 2025. Failure to comply with this order could result in dismissal. No extensions will be granted.

The Clerk of Court is respectfully directed to mail a copy of this order to Appellant.

SO ORDERED.

Dated:  July 2, 2025
       White Plains, New York

KENNETH M. KARAS
United States District Judge