UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

In re:

RAHUL DEV MANCHANDA

*Debtor.*

―――――――――――――――――――――――――――――

RAHUL DEV MANCHANDA,

                 *Appellant*,

v.

DOUGLAS M. SENDEROFF, *et al.*

                 *Appellee.*

Case No. 23-22095,
Adv. Pro. No. 23-7008

No. 24-CV-7284 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      On September 26, 2024, Appellant filed a Notice of Appeal from Bankruptcy Court Order denying a number of his motions. (*See* Dkt. No. 1.) Because of delays in the designation of the record, (*see* Dkt. No. 2), the record in this case was not certified as complete until July 30, 2025, (*see* Dkt. No. 10). Generally, the Federal Rule of Bankruptcy Procedure ("Rule") 8018 dictates that an appellant serve and file his brief on appeal within 30 days after certification of the record on appeal, that the appellee has 30 days to file a brief in opposition, and that appellant has seven days to file a reply. *See* Fed. R. Bankr. P. 8018(a)(1).

      However, given the length of time that this appeal has been pending before the Court, the Court sets an expedited briefing schedule. *See* Fed. R. Bankr. P. 8018(a) (permitting the district court to "set[] a different time" than the one outlined in the Rule)*; Leff v. Bank of New York Mellon*, No. 25-CV-664, 2025 WL 1666549, at *1 (D. Nev. June 11, 2025) (noting an expedited

briefing schedule is permitted under "the discretionary authority that [Rule] 8018 grants[] the court to manage its docket").  Accordingly, it is:

    ORDERED that Appellant file his brief by no later than August 18, 2025.

    ORDERED that Appellees file their responses by no later than September 1, 2025.

    ORDERED that Appellant file any reply September 8, 2025.

There will be no extensions.  The Clerk of Court is respectfully directed to mail a copy of this order to Appellant.

SO ORDERED.

Dated:  August 4, 2025
          White Plains, New York

_____
KENNETH M. KARAS
United States District Judge