**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
In re:

RAHUL DEV MANCHANDA,

                       Debtor.
------------------------------------------------------------------X
 RAHUL DEV MANCHANDA,

                    Appellant,              24 **CIVIL** 7284 (KMK)

      -against-                         **<u>JUDGMENT</u>**


 DOUGLAS M. SENDEROFF, et al.

                    Appellees.
------------------------------------------------------------------X


        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 24, 2025, the appeals are denied, and the orders of the Bankruptcy Court are affirmed; accordingly, the case is closed.

**Dated:** New York, New York
       September 25, 2025

                              **TAMMI M. HELLWIG**
                            _____
                              **Clerk of Court**

               **BY:**       _K. Mango_
                              _____
                              **Deputy Clerk**